UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEW HAMPSHIRE

-------------------------------------------------------
JAMES W. MCCARTHY,

        Plaintiff,

-against-                                Civil Case No. 04-477-JD

CITIGROUP GLOBAL MARKETS, INC.,

        Defendant.
-------------------------------------------------------

## MOTION TO REOPEN

James W. McCarthy files this Motion to Reopen in order to file the accompanying Post-Remand Motion to Vacate an Arbitration Award, and for Further Remand, and supporting papers.

The accompanying Post-Remand Motion to Vacate arises out of a remand for further arbitration proceedings, ordered in this case, as set forth in the Court's Order, entered January 28, 2005.  Because the Post-Remand Motion to Vacate arises out of and directly relates to the proceedings in this case, McCarthy respectfully requests that the Court reopen this case to consider the Post-Remand Motion to Vacate.

Dated: September 8, 2005

                                          Respectfully submitted,

                                          */s/ Thomas J. Pappas for*
                                          W. Wright Danenbarger, Esq.
                                          Wiggin & Nourie, P.A.
                                          670 North Commercial Street; Suite 305
                                          P.O. Box 808
                                          Manchester, NH 03105-0808
                                          Tel. 603-669-2211
                                          Fax. 603-623-8442
                                          E-Mail: wdanenbarger@wiggin-nourie.com

Of Counsel:

William A. Jacobson, Esq., *pro hac vice*
Shanna L. Pitts, Esq., *pro hac vice*
Law Offices of William A. Jacobson Inc.
850 Turks Head Building
Providence, RI 02903
Tel. 401-490-7500
Fax. 401-490-5680
E-Mail: waj@wjacobson.com

## CERTIFICATE OF SERVICE

 I hereby certify that Plaintiff's Motion to Reopen on the following persons on this date and in the manner specified herein:

Electronically Served:

 John R. Skelton, Esquire
 Bingham McCutchen LLP
 150 Federal Street
 Boston, MA 02110

 William A. Jacobson, Esquire
 Shanna L. Pitts, Esquire
 Law Offices of William A. Jacobson, Inc.
 850 Turks Head Building
 Providence, RI 02903

      /s/ *Thomas J. Pappas for*
      W. Wright Danenbarger