UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>James W. McCarthy</u>

 v.         Civil No. 04-cv-477-JD

<u>Citigroup Global Markets, Inc.</u>

<u>O R D E R</u>

 Following appeal, the First Circuit vacated the order remanding the case for further arbitration proceedings and directed this court "to enter judgment confirming the Second Panel's Modified Award."  Mandate (1st Cir. Sept. 19, 2006). Therefore, the clerk of court shall enter judgment in accordance with the First Circuit's mandate and close the case.

 SO ORDERED.

               Joseph A. DiClerico, Jr.
               United States District Judge

October 16, 2006

cc: John F. Adkins, Esquire
   W. Wright Danenbarger, Esquire
   Carol E. Head, Esquire
   William A. Jacobson, Esquire
   Shanna L. Pitts, Esquire
   John R. Skelton, Esquire